Dismissed and Memorandum Opinion filed February 24, 2005









Dismissed and Memorandum Opinion filed February 24,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01100-CV

____________

 

FAMILY SOUTHERN EDUCATION ALLIANCE,
INC., RICARDO AGUIRRE, and RONNIE DANIELS, Appellants

 

V.

 

REGIONS BANK,
Appellee

 



 

On Appeal from the 164th District
Court

Harris County, Texas

Trial Court Cause No.
03-69946

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed June 15, 2004.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellants did not make arrangements
to pay for the record.  

On January 26, 2005, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellants paid or made arrangements to pay for
the record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b). 








Appellants filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed February 24, 2005.

Panel consists of Justices Yates,
Anderson, and Hudson.